

FIRST DEPARTMENT, APRIL, 1942.

(April 2, 1942.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS PLANTAMURA, Appellant.— The guilt of the defendant of the crime charged was not established beyond a reasonable doubt. Judgment unanimously reversed and information dismissed. (*People* v. *Biocchio*, 259 App. Div. 267.) Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

MARTIN F. SHEA and THOMAS E. SHEA, as Executors, etc., of WILLIAM J. SHEA, Deceased, Respondents, v. ATLANTIC BEACH HOMES CORPORATION, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of CHARLES GOOD-FARB, Respondent, v. LOUIS BRUCKNER, Appellant.— Judgment unanimously reversed, information dismissed and defendant discharged, on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of CITY BANK FARMERS TRUST COMPANY, as Trustee of the Trusts Created under the Last Will and Testament of HENRY C. WEST, Deceased, and the Application of CITY BANK FARMERS TRUST COMPANY, as Trustee as Aforesaid, for a Determination as to the Construction and Effect of Said Testator's Last Will and Testament, and for Instructions and Directions as to the Manner and Method of Allocation and Distribution of the Funds Which Are Now or May Hereafter Be in Its Hands as Trustee as Aforesaid. WILLIAM J. DEMOREST, JR., and Others, Infants, and EMMA M. WEST, Appellants; CITY BANK FARMERS TRUST COMPANY, as Trustee, etc., MARIE ELIZABETH WEST JONES and ELIZABETH FRANCES JONES, Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondent trustee payable out of the fund. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ. [175 Misc. 1042; Id. 1044.]

PATRICK CAMPBELL and Others, Respondents, v. MANDEL AUTO PARTS CORP. and Another, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to serve an amended answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

SHABBONA CRESTON OIL & GAS CORPORATION, a Delaware Corporation, Appellant, v. GRACE RARDON EAMES DOHERTY, Respondent.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.